JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01249-CJC (ADSx)                        Date:  October 25, 2022

Title: JOHN LEE V. REGINA TERESA JENSEN

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO TIMELY SERVE DEFENDANTS**

 Plaintiff John Lee ("Plaintiff") filed this action on July 1, 2022, against Regina Teresa Jensen and unnamed Does ("Defendants"). (Dkt. 1.)  Under Federal Rule of Civil Procedure 4(m), plaintiffs must serve defendants with process within 90 days after the complaint is filed.  The 90-day deadline for Plaintiff to serve Defendants expired on September 29, 2022.  On October 7, 2022, Magistrate Judge Karen Scott issued an Order to Show Cause why the case should not be dismissed for Plaintiff's failure to timely serve Defendants.  (Dkt. 8.)  Plaintiff was ordered to respond on or before October 21, 2022.  (*Id.*)  Plaintiff has not responded.

 By failing to respond to the Court's Order to Show Cause, Plaintiff has demonstrated that he no longer wishes to prosecute this case.  Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

qr